| | |
|---|---|
| 1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983** |
| 2 | Name  Foster         Floyd         JR |
| 3 |       (Last)          (First)      (Initial) |
| 4 | Prisoner Number  V85537 |
| 5 | Institutional Address  P.O. Box 5248, Corcoran CA 93212 |

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Floyd Foster JR
(Enter the full name of plaintiff in this action.)

vs.

San Mateo County
In And For The State
Of California.

(Enter the full name of the defendant(s) in this action)

Case No. CV 08 2227 MMC (PR)
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE**
**CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  Corcoran State Prison

B.   Is there a grievance procedure in this institution?
        YES (X)     NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
        YES ( )     NO (X)

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.  N/A

COMPLAINT                      - 1 -

1. Informal appeal ___N/A___

2. First formal level ___N/A___

3. Second formal level ___N/A___

4. Third formal level ___N/A___

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ( )    NO ( )   N/A

F. If you did not present your claim for review through the grievance procedure, explain why. ___N/A___

II. Parties.

   A. Write your name and your present address. Do the same for additional plaintiffs, if any.
   Floyd Foster JR  P.O. Box 5248
   Corcoran CA. 93212

   B. Write the full name of each defendant, his or her official position, and his or her place of employment.
   County of San Mateo

COMPLAINT                          - 2 -

1  SAN MATEO SUPERIOR COURT.
2
3
4
5  III.    Statement of Claim.
6      State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  ON 11-24-1980 I WAS ARRESTED AND CHARGED FOR THE
11  FOLLOWING VIOLATIONS 211, 182, 288(a)a. I WAS
12  AQUITED ON ALL COUNTS BY A JURY OF 12. AFTER AQUITING
13  ME ON THESE COUNTS THE JURY CAME BACK ON ITS OWN
14  FINDINGS. THE JURY FOUND ME GUILTY OF ACTING IN
15  CONCERT WITH ANOTHER WITHOUT ANY PHYSICAL PARTI-
16  CIPATION. THE JURY HELD THAT I PARTICIPATED
17  BY WORD'S OF INCORAGEMENT. THE JURY SPECIALLY
18  CLEARLY OUTLINED THAT THERE WAS NO VIOLENCE
19  FOUND ON MY BEHALF.
20      THIS JURY FINDING WAS MISCLASSIFIED
21  BY THE COURTS. THE COURTS CLASSIFIED THE
22      (CONTINUE ON NEXT PAGE)
23  IV.    Relief.
24      Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  I WANT TO HAVE MY RECORDS CORRECTED
27  THOUGH OUT CALIFORNIA. CRIMINAL - CIVIL-
28  AND FEDRAL. AS WELL AS PUNITIVE DAMAGE AWA-
    RDED

COMPLAINT                    - 3 -

JURY FINDINGS UNDER A VIOLENT PENAL CODE, SEE: PC 264.1, & CASE # C9924 JURY FINDING..
CALIFORNIA PENAL CODE 264.1. DEFINITION IS ACTING IN CONCERT BY FORCE AND VIOLENCE MY JURY FOUND NO VIOLENCE IN MY CASE. THE JURY FOUND MY CO-DEFENDANT GUILTY OF RAPE. AND I WAS BELIEVED TO BE HIS "LOOK OUT" AND HIS INCOURAGEMENT. VERBAL INCORAGEMENT "NON-VIOLENT."

*[signature]*

4-19-08

3½

1   CAUSED AS A DIRRECT RESULT OF THIS
2   ERROR. AMOUNT TO BE DISCUSED IN
3   NEGOTIATION CONFRENSE'S. MONETARY COMPEN-
4   SATION & COURT FEES PAID

5   I declare under penalty of perjury that the foregoing is true and correct.

7   Signed this 4-19-08 day of ___19___, 20 08

_____
(Plaintiff's signature)

COMPLAINT                    - 4 -

01

SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO
CENTRAL DIVISION

2005 FEB 24 PH 3:37

| THE PEOPLE OF THE STATE OF CALIFORNIA, | COMPLAINT - CRIMINAL |
|---|---|
| Plaintiff | FELONY COMPLAINT |
| vs. | COURT CASE NO. F 05901355-8 |
| Floyd Foster Jr, aka Floyd Foster, aka Floyd David Foster Jr | DA FILE NO. 2005F7355 |
| Defendant(s) | |

Agency: Fresno Police Department                    Agency Report Number: 05-17604

| Defendant | Birth Date | Booking No. |
|---|---|---|
| Floyd Foster Jr | 07/17/1960 | 05-05844 |

Personally appeared before me, who first being duly sworn, complains and alleges:

### COUNT 1

On or about February 23, 2005, in the above named judicial district, the crime of RECEIVING STOLEN PROPERTY - PERSONAL PROPERTY, in violation of PENAL CODE SECTION 496(a), a felony, was committed by Floyd Foster Jr, who did unlawfully buy, receive, conceal, sell, withhold, or aid in concealing, selling, or withholding personal property belonging to Emerald Estates Apts which had been stolen, knowing that said property had been stolen.
*****



### COUNT 2

On or about February 23, 2005, in the above named judicial district, the crime of POSSESSION OF BURGLAR'S TOOLS, in violation of PENAL CODE SECTION 466, a misdemeanor, was committed by Floyd Foster Jr, who did unlawfully have in his/her possession a picklock, crow, keybit, crowbar, screwdriver, vise grip pliers, water-pump pliers, slidehammer, slim jim, tension bar, lockpick gun, tubular lock pick, floor safe door puller, master key, ceramic or porcelain spark plug chips or pieces, or other instrument or tool with intent feloniously to break and enter a building, railroad car, aircraft, vessel, trailer coach, or vehicle.
*****



PRIOR SERIOUS FELONY CONVICTIONS (STRIKES)

It is further alleged pursuant to Penal Code section(s) 667(b) through (i) and 1170.12(a) through (d) that the defendant(s) Floyd Foster Jr, has suffered the following prior conviction(s) of a serious or violent felony or juvenile adjudication:

| Conv Date | Charge | Court Case # | Court |
|---|---|---|---|
| 03/30/1982 | PC264.1 | C9924 | San Mateo Superior Ct. San Mateo |

PRIOR SERIOUS FELONY CONVICTIONS (STRIKES)

js 2.24.05                                    Page 1

It is further alleged pursuant to Penal Code section(s) 667(b) through (i) and 1170.12(a) through (d) that the defendant(s) Floyd Foster Jr, has suffered the following prior conviction(s) of a serious or violent felony or juvenile adjudication:

| Conv Date | Charge | Court Case # | Court | |
|---|---|---|---|---|
| 06/04/1992 | PC211/212.5(B) | | 457065-1 | Fresno Superior Ct. |

All of which is contrary to the form, force, and effect of the Statute in such case made and provided, and against the peace and dignity of the people of the State of California.

\* \* \* \* \*

Pursuant to Penal Code Sections 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

Subscribed and sworn to before me on

DATE: 2/24/05

Attest:

_____
DEPUTY CLERK

_____
COMPLAINANT

js 2.24.05                                                                 Page 2

MMC
E filing     CV 08    2227 (PR)
4-20-08

Under penalty of purjury I submitt this letter, and ask that the courts exsept it in the place of my Trust Account Statement. Which I have been unable to secure. In time of my Release. My Release date was 4-12-08. And my Trust Account was closed on 4-2-08. I am presently being held under WIC § 6600 Review for a civil commitment. As a result of the error addressed in this civil complaint. As I may be released or commited to a mental institution any day.

I Floyd Foster JR declare under penalty of perjury that as of 2-23-2005 ~~that~~ up untill the third month of 2008 my account remained below one ($1) Dollar. In the month of March $20 was placed on my Trust Account. After Restitution Deductions, I have a balance of aproximatly ($9.00) nine dollars. As of this date 4-20-08.

Dated 4-20-08

Signed: Floyd Foster

Floyd Foster JR

