FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Floyd Foster JR

Plaintiff,

vs.

San Mateo County in and for the State of California.

Defendant.

CASE NO. CV 08 2227 MMC (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Floyd Foster JR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____DISABLE_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or              Yes ____ No ✗
10          self employment
11     b.    Income from stocks, bonds,           Yes ____ No ✗
12          or royalties?
13     c.    Rent payments?                       Yes ____ No ✗
14     d.    Pensions, annuities, or              Yes ____ No ✗
15          life insurance payments?
16     e.    Federal or State welfare payments,   Yes ____ No ✗
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.    Are you married?                        Yes ____ No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ ____0____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home? Yes ___ No ✗

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ___ No ✗

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✗ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash? Yes ✓ No ___ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ✓ No ___

8. What are your monthly expenses?

Rent: $ 0  Utilities: 0

Food: $ 0  Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____O_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____

_____

   I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-19-08                            /s/ Floyd Foster
DATE                               SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 4 -

*Proof of Service — Mail*

## PROOF OF SERVICE

Re: Case Number **C 9924**
Case Title **CRIMINAL / CIVIC**

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I am employed in/reside in the County of **CORCORAN CA 93212** and my business/residence address is **P.O. Box 5248**

On **4-19-08**, I served the attached document described as a **CIVIL COMPLAINT 42 U.S.C. §§ 1983**

on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in **CORCORAN**, California, addressed as follows:

**Floyd Foster JR,
P.O. Box 5248
CORCORAN CALIFORNIA 93212**

I, **Floyd Foster JR**, declare under penalty of perjury that the foregoing is true and correct.

Executed on **4-19-08**, at **12:10 pm**
**CORCORAN**, California.

_Floyd Foster_
Signature