C08-2227
MMC

FILED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5-16-08

PLEASE TAKE NOTICE OF CHANGE OF ADDRESS IN THE CASE OF Floyd Foster JR VS SAN MATEO County IN AND FOR THE State OF CALIFORNIA. FILED COMPLAINT UNDER THE CIVIL RIGHTS ACT title 42 U.S.C § 1983. DATED 4-19-08

PLEASE CONFIRM RECEIPT OF MATERIALS.

Signed: [signature]

Floyd Foster JR

