IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD FOSTER, JR.,<br><br>            Plaintiff,<br><br>  v.<br><br>SAN MATEO COUNTY,<br><br>            Defendant.<br>_____ | No. C 08-2227 MMC (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH FILING-FEE REQUIREMENTS; DIRECTIONS TO CLERK** |

        On April 29, 2008, plaintiff, a California prisoner then incarcerated at Corcoran State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. That same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the court-approved prisoner's IFP application, instructions for completing it, and a return envelope. More than thirty days have passed since the deficiency notice and plaintiff has neither filed a completed IFP application nor paid the filing fee.

        On May 27, 2008, shortly before the thirty-day deadline for plaintiff to comply with the court's filing-fee requirements, plaintiff filed a notice informing the Court that his address has changed to a street address in Fresno, California; it thus appears that

plaintiff has been released from state prison.  Accordingly, although the above-titled action is subject to dismissal due to plaintiff's failure to respond to the deficiency notice, the Court will provide plaintiff one further opportunity to comply with the court's filing-fee requirements, either by paying the requisite filing fee in this matter or submitting a court-approved non-prisoner's IFP application showing he is unable to pay the fee. Plaintiff's failure to do so will result in the dismissal of this action without prejudice.

## CONCLUSION

In light of the foregoing, the Court orders as follows:

Within **twenty** days of the date this order is filed, plaintiff shall either pay the filing fee in this matter or submit a completed court-approved non-prisoner's IFP application.  Plaintiff's failure to do so will result in the dismissal of this action without prejudice.

The Clerk shall send plaintiff a non-prisoner's IFP application, instructions for completing it, and a return envelope.

IT IS SO ORDERED.

DATED: June 17, 2008

_____
MAXINE M. CHESNEY
United States District Judge

2