IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLOYD FOSTER, JR., | ) | No. C 08-2227 MMC (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| SAN MATEO COUNTY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

     On April 29, 2008, plaintiff, a California prisoner then incarcerated at Corcoran State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983. That same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the court-approved prisoner's IFP application, instructions for completing it, and a return envelope.

     On May 27, 2008, shortly before the thirty-day deadline for plaintiff to comply with the court's filing-fee requirements, plaintiff filed a notice informing the Court that his address had changed to a street address in Fresno, California. Plaintiff did not, however, file a completed IFP application or pay the filing fee.

     By order filed June 17, 2008, the Court determined the action was subject to

dismissal due to plaintiff's failure to respond to the deficiency notice. As plaintiff apparently had been released from prison, however, the Court provided him one further opportunity to comply with the court's filing-fee requirements, either by paying the requisite filing fee in this matter or submitting a court-approved IFP application showing he is unable to pay the fee, and directed the Clerk to send plaintiff a non-prisoner IFP application form, instructions for completing it, and a return envelope. The Court informed plaintiff that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within twenty days, would result in dismissal of the action.

More than twenty days have passed since the Court's order was filed and plaintiff has not filed a completed IFP application, paid the filing fee, or otherwise responded to the Court's order. Accordingly, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: July 14, 2008

MAXINE M. CHESNEY
United States District Judge