IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOYD FOSTER, JR.,

        Plaintiff,

  v.

SAN MATEO COUNTY,

        Defendant.
                                      /

No. CV-08-2227 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: July 15, 2008

                                                  Richard W. Wieking, Clerk

                                                  *Tracy Lucero*

                                                  By: Tracy Lucero
                                                  Deputy Clerk